# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**283**

**CAF 14-00331**

PRESENT: SCUDDER, P.J., LINDLEY, VALENTINO, AND DEJOSEPH, JJ.

---

IN THE MATTER OF TAMARA SLOAN,
PETITIONER-RESPONDENT,

V                                                                    ORDER

MICHAEL BRUYERE, RESPONDENT-APPELLANT.
(APPEAL NO. 2.)

---

DEBORAH J. SCINTA, ORCHARD PARK, FOR RESPONDENT-APPELLANT.

JENNIFER M. LORENZ, LANCASTER, FOR PETITIONER-RESPONDENT.

MARY ANNE CONNELL, ATTORNEY FOR THE CHILD, BUFFALO.

---

Appeal from an order of the Family Court, Erie County (Deanne M. Tripi, J.), entered February 10, 2014 in a proceeding pursuant to Family Court Act article 6. The order granted sole custody of the subject child to petitioner.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Entered: March 20, 2015                          Frances E. Cafarell
                                                 Clerk of the Court